# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 20, 2025

SEAN F. MCAVOY, CLERK

ECF No. 40

| U.S.A. vs. | Bradshaw, Risley Robert | Docket No. | 0980 4:24CR06029-MKD-1 |

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Risley Robert Bradshaw, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Yakima, Washington, on the 7th day of November 2024, under the following conditions:

**Special Condition #8**: Defendant shall not be in the presence of minors, unless a responsible adult who is aware of these charges and pre-approved by United States Probation/Pretrial Services is present at all times.

**Special Condition #10**: With the exception of use at work, Defendant shall not directly or indirectly use, access, or possess a computer or electronic media, including any devices, televisions, and cellular phones, with internet access capabilities, without the prior approval of United States Probation/Pretrial Services. Electronic media possessed by other residents of the home shall be password protected, and Defendant shall not have access.

**Special Condition #11**: Defendant shall not possess or access pornography in any form, electronic or otherwise.

**Special Condition #12**: Defendant shall not possess or manufacture any material, including videos, magazines, photographs, computer-generated depictions, or any other media that depicts sexually explicit conduct involving children or adults, as defined at 18 U.S.C. § 2256(2).

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Per the District of Idaho, pretrial release conditions were reviewed with Mr. Bradshaw on November 8, 2024; he acknowledged an understanding of his requirements.

Per the District of Idaho, the computer monitoring program Internet Probation and Parole Control (IPPC) was installed on his personal cellular telephone on November 11, 2024.

Per the District of Idaho, on November 26, 2024, Mr. Bradshaw signed the District of Idaho's Computer Monitoring Program Participant Agreement acknowledging an understanding.

**Violation #1**: Mr. Bradshaw is in violation of his pretrial conditions by being in the presence of a minor without a pre-approved adult or permission from the probation office on May 28, 2025.

On August 18, 2025, the supervising officer in the District of Idaho sent the below said officer an 82-page IPPC report.  IPPC is the United States Probation's national contract for computer monitoring. The  report reflects a review date beginning November 24, 2024, and ending August 18, 2025. On page 54 of 82, the report reflects three pictures, dated May 28, and May 30, 2025. In the picture is Mr. Bradshaw and a male toddler (exact age unknown). Per the supervising officer, Mr. Bradshaw has not been given permission to be in the presence of a minor.

**Violation #2**: Mr. Bradshaw is in violation of his pretrial release conditions by being in the presence of minors without a pre-approved adult or permission from the probation office on August 1, 2025.

Re: Bradshaw, Risley Robert
August 20, 2025
Page 2

On August 12, 2025, this officer received an email with attachments from the supervising probation officer in the District of Idaho, stating the following:

> "On August 1, 2025, he went to the Tower Grill restaurant in the Nampa, Idaho, airport for 2 hours. This would be a relatively minor oversight by me; however, I note there were minors who were there with him. IPPC allows me to see his text messages. He is discussing with someone named Steven about needing a high chair, Steven says 5 adults and 3 kids and one sling for a car seat. So that would be 4 children. None of the adults have been pre-approved by probation and Mr. Bradshaw has not requested permission to be in the presence of minors. I do not know who Steven or Sierra are in relation to Mr. Bradshaw, however, I believe this is Steven's wife based on the text messages."

**Violation #2**: Mr. Bradshaw is in violation of his pretrial release conditions by viewing sexually explicit pictures on his cellular telephone between March 3, and May 28, 2025.

On August 18, 2025, this officer received an email from the supervising probation officer with three attachments. One of the attachments was an 82-page IPPC report. The report reflects a search time frame beginning November 24, 2024, and ending August 18, 2025.

Beginning on March 3, 2025, and ending May 28, 2025, the IPPC report reflects sexually explicit images that were flagged as high erotic adult content. The pictures viewed by Mr. Bradshaw between the above-noted dates include full frontal and rear nudity, non-blurred sexual acts between two individuals, masturbating, sexual intercourse, and collections of audio sex stories with images.

**Violation #3**: Mr. Bradshaw is in violation of his pretrial release conditions by viewing pornography between May 17, and July 7, 2025.

On August 18, 2025, this officer received an email from the supervising probation officer with three attachments. Per the supervising probation officer, on January 28, 2025, she told Mr. Bradshaw he could not access pornography. One of the attachments was an 82-page IPPC report. The report reflects a search time frame beginning November 24, 2024, and ending August 18, 2025. The report reflects 82 pages that were flagged by IPPC as either medium or high erotic adult content.

Per the IPPC report:
On May 17, 2025, Mr. Bradshaw was found to have been viewing pornography (page 52 of 82).
On May 31, 2025, Mr. Bradshaw was found to have been viewing pornography (page 56 of 82).
On July 7, 2025, Mr. Bradshaw was found to have been viewing pornography (page 65 of 82).

**Violation #4**: Mr. Bradshaw is in violation of his pretrial release conditions by directly or indirectly using, accessing, or possessing a computer or electronic media, including any devices, televisions, and cellular phones, with Internet access capabilities, without the prior approval of United States Probation/Pretrial Services between November 13, 2024, and August 18, 2025.

On August 19, 2025, this officer received a detailed email from the District of Idaho, after conducting an in-depth search via IPPC, of Mr. Bradshaw's cellular telephone. Due to the extent of the information recovered and provided, the information received from the supervising probation officer is quoted below:

> "I've attached our computer monitoring agreement. In it, it references on #5 (no access to any other computers); #6 (circumventing the software); and #7 (software/devices to hide information). In order to get the information I am going to provide, I had to dig through the files of his cell phone where it may not notify the user of what's happening but documents it. Special condition #10 relates to internet access.

11/13/24 - on this date Bradshaw attached a thumb drive (Sandisk USB). It tells me a USB is attached, it also notes that he is attaching the USB to a computer that accesses the internet. We cannot see what he is doing on screen shots during these events.

11/20/24 - on this date Bradshaw attached a thumb drive (Sandisk USB). It tells me a USB is attached, it also notes that he is attaching the USB to a computer that accesses the internet.

12/7/24 - on this date Bradshaw attached a thumb drive (Sandisk USB). It tells me a USB is attached, it also notes that he is attaching the USB to a computer that accesses the internet.

12/8/24 - on this date Bradshaw attached a thumb drive (Sandisk USB). It tells me a USB is attached, it also notes that he is attaching the USB to a computer that accesses the internet.

12/10/24 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it. The issue here is, we can't see what he's doing on the TV when it has access.

12/12/24 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

12/21/24 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

1/23/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

2/4/25 - on this date Bradshaw connects his phone to an Xbox controller (yes it says controller) which then is used with his Xbox. We cannot see what he is doing. Only that he is connecting his cell phone to the XBox.

2/11/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

3/1/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

3/19/25 - on this date Bradshaw attached a thumb drive (Sandisk USB). It tells me a USB is attached, it also notes that he is attaching the USB to a computer that accesses the internet. Additionally, on this date Bradshaw connects his phone to an Xbox controller

3/20/25 - on this date Bradshaw attached a thumb drive (Sandisk USB). It tells me a USB is attached, it also notes that he is attaching the USB to a computer that accesses the internet.

3/22/25 - on this date Bradshaw attached a thumb drive (Sandisk USB). It tells me a USB is attached, it also notes that he is attaching the USB to a computer that accesses the internet. Additionally, on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

3/23/25 - on this date Bradshaw attached a thumb drive (Sandisk USB). It tells me a USB is attached, it also notes that he is attaching the USB to a computer that accesses the internet.

4/2/25 - on this date Bradshaw attached a thumb drive (Sandisk USB). It tells me a USB is attached, it also notes that he is attaching the USB to a computer that accesses the internet.

**Re: Bradshaw, Risley Robert**
**August 20, 2025**
**Page 4**

4/5/25 - on this date Bradshaw attached a thumb drive (Sandisk USB). It tells me a USB is attached, it also notes that he is attaching the USB to a computer that accesses the internet.

4/26/25 - on this date Bradshaw accessed the wifi in his house, which he has the password to and is not supposed to. This can then connect to his TV and his Xbox. None of which I permitted him to have internet access. He claimed he didn't know the password and reiterated this in court when he appeared to modify his LM condition.

4/28/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

4/30/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

5/3/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

5/4/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

5/19/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

5/28/25 - on this date Bradshaw connected his device to a VPN which makes private everything used while on it. This disrupts the computer monitoring (IPPC) and then we can't see what he's doing. Additionally on this date, Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

5/29/25 - on this date Bradshaw connected his device to a VPN

6/04/25 - on June 4, 2025, per the IPPC report (page 57-58) a Wi-Fi connection named CenturyLinkE200-5G, WPA-WPA2- Personal, with a password automatically saved was accessed on Mr. Bradshaw's cellular telephone. Additionally, Per the IPPC report, it appears Mr. Bradshaw is using the hotspot function on his cellular telephone to allow his Xbox to access the internet (page 66-72 IPPC report).

6/8/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

6/14/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

6/18/25 - on this date Bradshaw is using "something"; the code says a gadget and when I look into it, it's a thumb drive or something that then connects to the internet. It just doesn't say what the gadget is but it does tell me it has access to the internet.

7/10/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

7/16/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

**Re: Bradshaw, Risley Robert**
**August 20, 2025**
**Page 5**

7/29/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

8/13/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

8/17/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it.

8/18/25 - on this date Bradshaw used his phone and connected it to his TV, giving the TV internet access, and casting to it."

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 20, 2025

by  s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/20/2025
Date